UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 26-02257-MRA (DFMx) | Date | November 17, 2026 |
| Title | Purple Horseshoe, LLC v. Jordan Denise et al | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Melissa Kunig | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff, to show cause in writing no later than**, November 20, 2026,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X Answer to Complaint (F.R.Civ.P. 12(a)) as to Defendant Budi Surya Novy;
X Request for Entry of Default (F.R.Civ.P. 55) as to Defendant Budi Surya Novy; or
X Notice of Voluntary Dismissal (F.R.Civ.P. 41(a)) as to Defendant Budi Surya Novy or all defendants

The Court further **ORDERS** Plaintiff to show cause in writing no later than **November 20, 2026**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X Proof of service of summons and complaint as to Defendants 1) Arthur Tay and and 2) Mitsubishi UFJ Financial Group, Securities; or
X Notice of Voluntary Dismissal (FRCivP 41) as to Defendants 1) Arthur Tay and and 2) Mitsubishi UFJ Financial Group, Securities or all defendants

The Court, on its own motion, hereby **ORDERS** plaintiff(s) to show cause in writing no later than **December 17, 2026**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of the following on or before the above date as an appropriate response to this Order:

X Plaintiff filing a Motion for Entry of Default Judgment (F.R.Civ.P. 55) as to Defendants 1) Jordan Denise and 2) Darrell Jenkins, Sr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 26-02257-MRA (DFMx) | Date | November 17, 2026 |
|---|---|---|---|
| Title | Purple Horseshoe, LLC v. Jordan Denise et al | | |

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P 4(m). The Court may dismiss the entire action prior to the expiration of such time, however, if plaintiff has not diligently prosecuted the action.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

- : -

Initial of Deputy Clerk mku